IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | * | |
| | * | |
| ANNIE THOMPSON, | * | |
| | * | CV 113-181 |
| Debtor | * | |
| | * | Chapter. 13 Case |
| | * | No: 10-10982 |
| ANNIE THOMPSON, Debtor; and | * | |
| HUON LE, Chapter 13 Trustee, | * | Adversary Proceeding |
| | * | No. 12-01027 |
| Appellants, | * | |
| | * | |
| v. | * | |
| | * | |
| DEUTSCHE BANK NATIONAL TRUST, | * | |
| CO., as Trustee for SOUNDVIEW | * | |
| HOME LOAN TRUST, ASSET-BACKED | * | |
| CERTIFICATES, SERIES 2007-2, | * | |
| | * | |
| Appellee. | * | |

**O R D E R**

Now before the Court is Randal A. Mangham's motion for reconsideration of this Court's denial of his second motion to withdraw as counsel. (Doc. 16.) Mr. Mangham alleges that this Court's denial of his motion to withdraw was "predicated upon a mistaken understanding of the facts" regarding the notice he sent to his client.

Local Rule 83.7 requires an attorney to provide notice to his client of his intent to withdraw and attach a copy of that notice with his motion. A clear review of the record shows that Mr. Mangham did not comply with the local rule, in that he did not provide a copy of

his notice to his client.[1] With his motion for reconsideration, Mr. Mangham now provides the Court with proper notice, which was sent to his client on November 10, 2014. (Doc. 16, Ex. F.) The Court is thus satisfied that Mr. Mangham has complied with the requirements of Local Rule 83.7, and **GRANTS** his motion to withdraw as counsel (docs. 13, 16). The Clerk is directed to **TERMINATE** Mr. Randal A. Mangham as attorney of record in this matter.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of January, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] As the Court held in its January 21, 2015 Order (doc. 15), Mr. Mangham attached notice sent by his co-counsel, Mr. Reynolds.

2